IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOHN PHILLIPS                                                                                    PLAINTIFF

V.                              CASE NO. 3:14-cv-00289-JTK

CAROLYN W. COLVIN, *Acting Commissioner,*
Social Security Administration                                                          DEFENDANT

## ORDER

Defendant's unopposed motion to reverse and remand (Doc. No. 14) is granted. The Court hereby remands this case to the Administrative Law Judge for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

SO ORDERED this 11th day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE